UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00055 |
| | ) | Judge Haynes |
| ANTHONY GRIFFIN | ) | |

MOTION TO SET STATUS CONFERENCE

Comes now defendant Anthony Griffin and hereby moves this Court to set a status conference in the above-styled case so that a discussion may be had concerning the setting of trial and/or plea dates.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

[Handwritten annotation: Granted. The motion is granted. The conference is set for January 28, 2013 at 4:30 pm. /s/ [Judge] 1-23-13]

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2013, I electronically filed the foregoing Motion to Set Status Conference with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: the Honorable Philip H. Wehby, Assistant United States Attorney 110 9th Avenue South, Suite A961, Nashville, Tennessee 37203, and Lawrence J. Arnkoff, 9103 Brentmeade Blvd., Brentwood, TN 37027.

*s/ Sumter L. Camp*
SUMTER L. CAMP