UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00055 |
| | ) | Judge Haynes |
| ALBERT FRANKLIN, JR. | ) | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND MOTION TO REDACT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests an additional extension to Friday, July 5, 2013, to respond to the defendant's Motion to Dismiss (D.E. 126), and Motion to Redact (D.E. 127) pending before the Court.

In support of this motion, the undersigned submits the government is still in the process of reviewing both motions and needs additional time to formulate appropriate responses to said motions. Therefore, the undersigned requests an additional extension to Friday, July 5, 2013, to file responses to the defendant's Motion to Dismiss and Motion to Redact.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

s/ Philip H. Wehby
PHILIP H. WEHBY
Assistant U. S. Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615)736-5151