UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00055 |
| | ) | Judge Haynes |
| ALBERT FRANKLIN, JR. | ) | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests an additional extension to Monday, July 8, 2013, to respond to the defendant's Motion to Dismiss (D.E. 126) pending before the Court.

In support of this motion, the undersigned submits the government is in the process of finalizing its response to said motion but needs brief additional time to complete this process. Therefore, the undersigned requests an additional extension to Monday, July 8, 2013, to file a response to the defendant's Motion to Dismiss.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

*s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant U. S. Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615)736-5151