IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA, )
)
v. ) Case No. 3:10-00055(1)
) Judge Haynes
ALBERT FRANKLIN, JR. )

## MOTION TO SUPPRESS/LIMIT INTRODUCTION OF IRRELEVANT EVIDENCE OBTAINED THROUGH SEARCH WARRANT

Comes the Defendant, Albert Franklin, Jr., through counsel, and moves the Court to suppress and/or otherwise limit the introduction of irrelevant evidence obtained through the execution of the search warrant in this case. In support, Defendant submits the following, to wit:

### Relevant Facts

The relevant alleged facts underlying the instant case and provided to the defense through discovery are that on January 26, 2010 a Confidential Informant working with the Nashville Metro Police traveled to Mustang Sally's Bar in Nashville, to conduct a controlled sale of (placebo) Oxycontin pills with the Defendant Albert Franklin as the buyer. As part of the operation, while the Confidential Informant was driving to the Bar, the Confidential Informant stopped along the way and picked up Anthony Griffin, who is the codefendant in this case.

Upon arriving at the Bar the Confidential Informant and the codefendant Griffin entered the Bar. The Defendant Franklin and other persons were present in the bar. The government then alleges that the Defendant Franklin pointed a .357 revolver at the Confidential Informant and told him to leave the Bar, and leave the pills. The Confidential Informant then exited then bar, where police officers who had been

*[Handwritten annotation:] ORDER. This motion is DENIED without prejudice to renew based upon agreement of the parties. [signature] 7-19-13*